UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-60756-WPD

CRIMPIT GROUP LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.

_____/

## ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 90 days after filing the complaint. Plaintiff filed a Complaint on April 18, 2025. *See* [DE 1]. However, there is no indication in the record that Defendants have been served.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **July 25, 2025**, Plaintiff shall either perfect service upon Defendant, show that service has already been made, or show good cause why service has not been perfected. Failure to timely respond will result in immediate dismissal without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of July, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record